**Carl Thomas STURDIVANT,**
**Plaintiff–Appellant,**

v.

**KONE INCORPORATED,**
**Defendant–Appellee.**

No. 10–1887.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 31, 2011.

Decided: April 8, 2011.

Carl Thomas Sturdivant, Appellant Pro Se. Stephen Scott Muhich, Dykema Gossett, PLLC, Grand Rapids, Michigan, for Appellee.

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Thomas Sturdivant appeals the district court's order granting summary judg-

ment to Defendant in this action alleging discrimination in employment and related violations of state law. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sturdivant v. Kone Inc.*, No. 3:09–cv–00224–RJC–DSC, 2010 WL 2723729 (W.D.N.C. July 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*